# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re *Meigan Mariah Everett*

Case No.
Chapter   7

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 0.00 | | |
| B-Personal Property | Yes | 3 | $ 43,476.89 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $ 723,784.00 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 2,233.70 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 2,244.28 |
| TOTAL | | 20 | $ 43,476.89 | $ 723,784.00 | |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re *Meigan Mariah Everett*

Case No.
Chapter    7

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 10,177.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 10,177.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 2,233.70 |
| Average Expenses (from Schedule J, Line 18) | $ 2,244.28 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ 2,600.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 723,784.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 723,784.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _Meigan Mariah Everett_____     Case No. _____
                        Debtor                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____21_____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: 12/22/2009 _3/24/2010_

Signature _/s/ Meigan Mariah Everett_ _____
          Meigan Mariah Everett

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

FORM B6A (Official Form 6A) (12/07)

In re <u>Meigan Mariah Everett</u>                      ,          Case No._____
               Debtor(s)                                                        (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *None* | | | | *None* |
| | | | | |

No continuation sheets attached

**TOTAL $**        *0.00*
(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re *Meigan Mariah Everett*  _____    Case No. _____
                Debtor(s)                                                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash*<br>*Location: In debtor's possession* | | $ 15.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Wells Fargo Checking Account #xx061*<br>*Location: In debtor's possession* | | $ 512.59 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Household goods and furnishings including Tv, DVD & VHS combo, stereo, cd player, and ipod*<br>*Location: In debtor's possession* | | $ 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | *Clothes and shoes*<br>*Location: In debtor's possession* | | $ 200.00 |
| 7. Furs and jewelry. | | *jewelry and watch*<br>*Location: In debtor's possession* | | $ 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | *Digital Camera*<br>*Location: In debtor's possession* | | $ 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Page ___1___ of ___3___

In re _Meigan Mariah Everett_ _____,      Case No. _____

Debtor(s)                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401k Account at Securian 8814 Location: In debtor's possession | | $ 19,909.00 |
| | | Smith Barney IRA Account xx19-14 Location: In debtor's possession | | $ 13,165.30 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 1/3 stock in Power Property Management Inc. a California corporation Location: In debtor's possession | | $ 2,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | California Deparmtent of Real Estate License 01763606 as Designated Officer of Power Property Management Inc. | | $ 50.00 |

B6B (Official Form 6B) (12/07)

In re _Meigan Mariah Everett_ _____,    Case No. _____
          Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Location: In debtor's possession | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | 2004 Jaguar X Type Location: In debtor's possession | | $ 6,025.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Boxer named Madison Location: In debtor's possession | | $ 50.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Total ➡     $ 43,476.89

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (12/07)

In re   _Meigan Mariah Everett_____ ,    Case No. _____
                        Debtor(s)                                              (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Cash | Calif. C.C.P. §703.140(b)(5) | $ 15.00 | $ 15.00 |
| Wells Fargo Checking Account #3061 | Calif. C.C.P. §703.140(b)(5) | $ 512.59 | $ 512.59 |
| Household goods and furnishings including TC, DVD & VHS combo, T | Calif. C.C.P. §703.140(b)(3) | $ 1,000.00 | $ 1,000.00 |
| Clothes and shoes | Calif. C.C.P. §703.140(b)(3) | $ 200.00 | $ 200.00 |
| jewelry and watch | Calif. C.C.P. §703.140(b)(4) | $ 500.00 | $ 500.00 |
| Digital Camera | Calif. C.C.P. §703.140(b)(5) | $ 50.00 | $ 50.00 |
| 401k Account at Securian 8814 | Calif. C.C.P. §703.140(b)(10)(E) | $ 19,909.00 | $ 19,909.00 |
| Smith Barney IRA Account 30819 -14 | Calif. C.C.P. §703.140(b)(10)(E) | $ 13,165.30 | $ 13,165.30 |
| 1/3 stock in Power Property Management Inc. a California corpora | Calif. C.C.P. §703.140(b)(5) | $ 2,000.00 | $ 2,000.00 |
| California Department of Real Estate License 01763606 | Calif. C.C.P. §695.060 | $ 50.00 | $ 50.00 |
| 2004 Jaguar X Type | Calif. C.C.P. §703.140(b)(2) Calif. C.C.P. §703.140(b)(5) | $ 3,300.00 $ 2,725.00 | $ 6,025.00 |
| Boxer named Madison | Calif. C.C.P. §703.140(b)(3) | $ 50.00 | $ 50.00 |

Page No _1_ of _1_

B6D (Official Form 6D) (12/07)

In re _Meigan Mariah Everett_ _____,          Case No. _____
                    **Debtor(s)**                                                                  (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

      State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

      List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | | |
| | | Value: | | | | | | |
| Account No: | | | | | | | | |
| | | Value: | | | | | | |
| Account No: | | | | | | | | |
| | | Value: | | | | | | |
| No continuation sheets attached | | | | | | Subtotal $ (Total of this page) | $ 0.00 | $ 0.00 |
| | | | | | | Total $ (Use only on last page) | $ 0.00 | $ 0.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re _Meigan Mariah Everett_ _____ ,      Case No. _____
                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment

## No continuation sheets attached

B6F (Official Form 6F) (12/07)

In re _Meigan Mariah Everett_____,          Case No. _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  1683<br>**Creditor # : 1**<br>**Amex**<br>**P.o. Box 981537**<br>**El Paso TX 79998** | | H | 1996-12-09 | | | | $ 2,770.00 |
| Account No:<br>**Creditor # : 2**<br>**AT&T Universal Card**<br>**Po Box 6500**<br>**Sioux Falls SD 57117** | | | *Credit Card transactions* | | | | $ 7,667.22 |
| Account No:  5657<br>**Creditor # : 3**<br>**Aurora Loan**<br>**Pob 1706**<br>**Scottsbluff NE 69363** | | H | 2006-10-02<br>foreclosure | | | | $ 468,000.00 |
| Account No:  6226<br>**Creditor # : 4**<br>**Aurora Loan**<br>**Pob 1706**<br>**Scottsbluff NE 69363** | | H | 2006-10-02<br>foreclosure<br>May have been transferred to Falco | | | | $ 144,000.00 |

_8_ continuation sheets attached

Subtotal $      $ 622,437.22

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Meigan Mariah Everett_ _____,      Case No. _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   8814 | X | | 2006 | | | X | $ 5,400.00 |
| Creditor # : 5 Bank of America 1016 Irvine Avenue Newport Beach CA 92660 | | | deposited check return Judgment entered in New York | | | | |
| Account No.   8814 | | | | | | | |
| Representing: Bank of America | | | Relin Goldstein & Crane LLP 28 E Main St ste 1800 Rochester NY 14614-1991 | | | | |
| Account No.   0126 | | H | 2006-08-10 | | | | $ 447.00 |
| Creditor # : 6 Barneys Ny Po Box 326 Lyndhurst NJ 07071 | | | | | | | |
| Account No.   0126 | | | | | | | |
| Representing: Barneys Ny | | | LO Edward M Schatz 115 Broad Hollow Rd #350 Melville NY 11747 | | | | |
| Account No.   8209 | | H | 2000-07-17 | | | | $ 8,951.32 |
| Creditor # : 7 Bk Of Amer 4060 Ogletown/stan Newark DE 19713 | | | | | | | |
| Account No.   8209 | | | | | | | |
| Representing: Bk Of Amer | | | MCM Dept 12421 PO Box 603 Oaks PA 19456 | | | | |

Sheet No.   1   of   8  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 14,798.32
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)  - Cont.

In re _Meigan Mariah Everett_ _____,    Case No. _____
          **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    *0000*  <br> *Creditor # : 8* <br> *Brclysbankde* <br> *125 South West Str* <br> *Wilmington DE 19801* | | *H* | *2002-02-20* | | | | *$ 0.00* |
| Account No.    *5000*  <br> *Creditor # : 9* <br> *Chase* <br> *800 Brooksedge Blv* <br> *Westerville OH 43081* | | *H* | *2001-05-04* | | | | *$ 0.00* |
| Account No.    *3071*  <br> *Creditor # : 10* <br> *Citi* <br> *Po Box 6241* <br> *Sioux Falls SD 57117* | | *H* | *1995-03-01* | | | | *$ 0.00* |
| Account No.    *9674*  <br> *Creditor # : 11* <br> *Citi* <br> *Pob 6241* <br> *Sioux Falls SD 57117* | | *H* | *2001-12-19* <br><br> *Judgment entered Case 08C01285 See St Fin Aff* | | | | *$ 1,996.00* |
| Account No.    *9674*  <br> *Representing:* <br> *Citi* | | | *Equitable Ascent Fin LLC* <br> *c/o NAFS* <br> *165 Lawrence Bell Dr Ste 100* <br> *Buffalo NY 14231-9027* | | | | |
| Account No.    *2918*  <br> *Creditor # : 12* <br> *Citibank South Dakota NA* <br> *c/o FMS Inc* <br> *PO Box 823* <br> *Fort Mill SC 29716-0823* | | | *1/2004* <br> *Credit Card Purchases* | | | | *$ 0.00* |

Sheet No. _2_ of _8_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 1,996.00 |
|---|---|---|
|  | Total $ |  |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)    - Cont.

In re _Meigan Mariah Everett_ _____,    Case No. _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 1285 | | | 9-17-08 | | | | $ 9,000.00 |
| Creditor # : 13 Citibank South Dakota NA c/o Harris & Zide 1445 Huntington Drive Ste 300 South Pasadena CA 91030 | | | judgment | | | | |
| Account No: 1285 | | | | | | | |
| Representing: Citibank South Dakota NA | | | Citibank South Dakota NA Pob 6241 Sioux Falls SD 57117 | | | | |
| Account No: 1285 | | | | | | | |
| Representing: Citibank South Dakota NA | | | Equitabke Ascent Fin LLC c/o Central Credit Services PO Box 15118 Jacksonville FL 32239 | | | | |
| Account No: 7032 | | H | 2002-08-01 | | | | $ 4,986.00 |
| Creditor # : 14 Discover Fin Pob 15316 Wilmington DE 19850 | | | Judgment entered Case 09C00068 See St Fn Aff | | | | |
| Account No: 7032 | | | | | | | |
| Representing: Discover Fin | | | Winn Law Group 110 E Wilshire Ave Ste 212 Fullerton CA 92832 | | | | |
| Account No: 8095 | | H | 2002-07-25 | | | | $ 3,055.00 |
| Creditor # : 15 Discover Fin Pob 15316 Wilmington DE 19850 | | | | | | | |

Sheet No. _3_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 17,041.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Meigan Mariah Everett_ ,                                    Case No. _____
                **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8095<br>**Representing:**<br>Discover Fin | | | Winn Law Group<br>110 E Wilshire Ave Ste 212<br>Fullerton CA 92832 | | | | |
| Account No.   8002<br>**Creditor # : 16**<br>Dsnb Macys<br>3039 Cornwallis Rd<br>Durham NC 27709 | | H | 1995-12-01 | | | | $ 0.00 |
| Account No   4853<br>**Creditor # : 17**<br>Exxmblciti<br>Po Box 6497<br>Sioux Falls SD 57117 | | H | 1995-11-29 | | | | $ 1,266.00 |
| Account No:   4853<br>**Representing:**<br>Exxmblciti | | | NCO Finanancial Systems Inc<br>507 Prudential Rd<br>Horsham PA 19044 | | | | |
| Account No:   1794<br>**Creditor # : 18**<br>Fst Usa Bk B<br>Po Box 8650<br>Wilmington DE 19899 | | H | 1996-08-01 | | | | $ 0.00 |
| Account No:   1404<br>**Creditor # : 19**<br>Gemb/dillards<br>Po Box 981400<br>El Paso TX 79998 | | H | 1995-11-01 | | | | $ 0.00 |

Sheet No. __4__ of __8__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 1,266.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable  on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  · Cont.

In re _Meigan Mariah Everett_ ,                          Case No._____
          **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Creditor # : 20 Juniper Bank | | | Credit Card transactions | | | | $ 5,853.37 |
| Account No.  002A | | H | 2000-03-01 | | | | $ 0.00 |
| Creditor # : 21 Members Fcu 23081  Campo Verde Laguna Hills CA 92653 | | | | | | | |
| Account No.  0019 | | H | 1999-07-01 | | | | $ 0.00 |
| Creditor # : 22 Members Fcu 23081  Campo Verde Laguna Hills CA 92653 | | | | | | | |
| Account No.  0019 | | H | 1999-07-01 | | | | $ 0.00 |
| Creditor # : 23 Members Federal Cu 23151 Alcalde Dr Ste C3 Laguna Hills CA 92653 | | | | | | | |
| Account No.  3099 | | H | 2006-10-01 | | | | $ 5,188.08 |
| Creditor # : 24 Nuvision Fcu 7812 Edinger Ave Huntington Beach CA 92647 | | | | | | | |
| Account No.  3099 | | | MCT POB 7748 Torrance CA 90504 | | | | |
| Representing: Nuvision Fcu | | | | | | | |

Sheet No. _5_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                              Subtotal $        $ 11,041.45
                                                              Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _Meigan Mariah Everett_ _____ ,                  Case No. _____
                    **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. 7201  Creditor # : 25 Rnb-field3 3701 Wayzata Blvd Minneapolis MN 55416 | | H | 1995-06-08 | | | | $ 0.00 |
| Account No. 1525  Creditor # : 26 Santa Monica Public | | H | 2007-12-06 | | | | $ 32.00 |
| Account No. 1525  Representing: Santa Monica Public | | | UNIQUE NTL C 119 E. MAPLE STREE JEFFERSONVILLE IN 47130 | | | | |
| Account No. 9172  Creditor # : 27 Sears/cbsd 8725 W Sahara Ave The Lakes NV 89163 | | H | 1996-09-01 | | | | $ 0.00 |
| Account No. 9190  Creditor # : 28 Thd/cbsd Po Box 6497 Sioux Falls SD 57117 | | H | 2006-10-24 | | | | $ 23,794.00 |
| Account No. 9190  Representing: Thd/cbsd | | | NAFS PO Box 9027 Buffalo NY 14231-9027 | | | | |

Sheet No. _6_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ _$ 23,826.00_

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Meigan Mariah Everett_ ,                                    Case No. _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.  5687<br>Creditor # : 29<br>Thd/cbsd<br>Po Box 6497<br>Sioux Falls SD 57117 | H | 2007-01-15 | | | | $ 7,013.00 |
| Account No.  5687<br>Representing:<br>Thd/cbsd | | Central Credit Services Inc<br>PO Box 15118<br>Jacksonville FL 32239-5118 | | | | |
| Account No.  6020<br>Creditor # : 30<br>Ucs/citi<br>Po Box 6241<br>Sioux Falls SD 57117 | H | 2001-08-08 | | | | $ 8,381.00 |
| Account No.  0664<br>Creditor # : 31<br>Victorias Secret Wor | H | 2008-09-25 | | | | $ 1,104.00 |
| Account No.  0664<br>Representing:<br>Victorias Secret Wor | | ASSET ACCEPT<br>PO BOX 2036<br>WARREN MI 48090 | | | | |
| Account No.  6836<br>Creditor # : 32<br>Vw Credit<br>2333 Waukegan Rd<br>Deerfield IL 60015 | H | 2001-11-30<br>car lease charges<br>Car was purchased and there should<br>be no additional lease charges | | | X | $ 0.00 |

Sheet No. _7_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | $ 16,498.00 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)  - Cont.

In re _Meigan Mariah Everett_____,    Case No._____
       **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No.   4333 <br> _Creditor # : 33_ <br> _Vw Credit_ <br> _2333 Waukegan Rd_ <br> _Deerfield IL 60015_ | H | _2004-10-12_ <br> _car repossesed_ | | | | $ 3,650.01 |
| Account No.   4333 <br> _Representing:_ <br> _Vw Credit_ | | _Vital Recovery Svc Inc_ <br> _PO Box 923748_ <br> _Norcross GA 30010_ | | | | |
| Account No.   6811 <br> _Creditor # : 34_ <br> _Wfnnb/vctria_ <br> _Po Box 182128_ <br> _Columbus OH 43218_ | H | _2000-10-08_ | | | | $ 1,053.00 |
| Account No.   6811 <br> _Creditor # : 35_ <br> _Wfnnb/vs_ <br> _Po Box 182128_ <br> _Columbus OH 43218-2128_ | H | _2000-10-01_ | | | | $ 0.00 |
| Account No.   3500 <br> _Creditor # : 36_ <br> _Wlsfrgo/glhe_ <br> _2401 International_ <br> _Madison WI 53704_ | H | _1999-01-19_ <br> _Student Loan_ | | | | $ 10,177.00 |
| Account No.   3500 <br> _Representing:_ <br> _Wlsfrgo/glhe_ | | _Nelnet_ <br> _Po Box 82561_ <br> _Lincoln NE 68501_ | | | | |

Sheet No._8_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 14,880.01 |
|---|---|---|
|  | **Total $** <br> (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data) | $ 723,784.00 |

B6G (Official Form 6G) (12/07)

In re <u>*Meigan Mariah Everett*</u> _____ / Debtor   Case No. _____
(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

Page <u>1</u> of <u>1</u>

B6H (Official Form 6H) (12/07)

In re _Meigan Mariah Everett_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Tara Odowd aka Tara Pizula<br>255 79th St<br>Brooklyn NY  11209 | Bank of America<br>1016 Irvine Avenue<br>Newport Beach CA  92660 |

B6I (Official Form 6I) (12/07)

In re *Meigan Mariah Everett*                                                Case No. _____
_____ ,                                        (If known)
            **Debtor(s)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: *Single* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Broker* | |
| Name of Employer | *Power Property Management Inc* | |
| How Long Employed | *2 years* | |
| Address of Employer | *2633 Lincoln Blvd #131* *Santa Monica CA  90405* | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 2,600.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 2,600.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 366.30 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other  (Specify) | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 366.30 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,233.70 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify) | | |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ 2,233.70 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:    (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 2,233.70 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re _Meigan Mariah Everett_ _____ ,                Case No. _____
                              **Debtor(s)**                                              (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1 Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,200.00 |
| a. Are real estate taxes included?   Yes ☐   No ☒ | | |
| b. Is property insurance included?   Yes ☐   No ☒ | | |
| 2 Utilities: a. Electricity and heating fuel | | $ 23.00 |
| b. Water and sewer | | $ 0.00 |
| c. Telephone | | $ 60.00 |
| d. Other   _Cable / Internet_ | | $ 70.00 |
| Other | | $ 0.00 |
| 3 Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4 Food | | $ 205.00 |
| 5 Clothing | | $ 0.00 |
| 6 Laundry and dry cleaning | | $ 40.00 |
| 7 Medical and dental expenses | | $ 100.00 |
| 8 Transportation (not including car payments) | | $ 75.00 |
| 9 Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10 Charitable contributions | | $ 0.00 |
| 11 Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 150.00 |
| e. Other | | $ 0.00 |
| Other | | $ 0.00 |
| 12 Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | | $ 0.00 |
| 13 Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other | | $ 0.00 |
| c. Other | | $ 0.00 |
| 14 Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15 Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16 Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17 Other:   _pet care and supplies_ | | $ 120.00 |
| Other:   _student loan_ | | $ 201.28 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 2,244.28 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 16 of Schedule I | $ 2,233.70 |
| b. Average monthly expenses from Line 18 above | $ 2,244.28 |
| c. Monthly net income (a. minus b.) | $ (10.58) |